UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEROY ALFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS A. COLLINS, Secretary of the<br>Department of Veterans Affairs<br><br>　　　　Defendant. | Civil Action No. 22-2856 (RBW) |

## DEFENDANT'S SECOND MOTION TO EXTEND
## AND MODIFY BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), Defendant, Douglas A. Collins, in his official capacity as Secretary of Veterans Affairs (the "Agency"), by and through undersigned counsel, respectfully moves for a two-business-day extension of time up to and including February 18, 2026 to file Defendant's renewed motion for summary judgment and to modify the remaining briefing schedule accordingly. Should this request be granted, the modified briefing schedule for Defendant's renewed motion for summary judgment would be as follows:

> Defendant's renewed motion for summary judgment shall be due on or before February 18, 2026; Plaintiff's opposition to defendant's renewed motion for summary judgment due on or before March 4, 2026; Defendant's reply in further support of Defendant's renewed summary judgment due on or before March 11, 2025.

Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff, Leroy Alford, who is proceeding pro se, and Mr. Alford opposes this request. Good cause exists to grant this request, however, over Plaintiff's objection. As discussed below, undersigned counsel has been unexpectedly on leave this week to care for a sick family member and was not able to finish working with agency counsel to complete the final draft of the renewed motion for summary

judgment and supporting papers before agency counsel's preplanned leave this week. Plaintiff has sought similar extension requests for unexpected medical and family related matters on at least eight other occasions and those unopposed requests were granted. *See* ECF Nos. 17, 24, 41, 42, 43, 58, 76, 90.

On November 10, 2025, the Court entered a memorandum opinion granting Defendant's motion for summary judgment (ECF No. 88) in part and denying in in part without prejudice. *See* Order (ECF No. 92). The Court further ordered Defendant to move for renewed summary judgment to address the foreseeable harm that would arise from the disclosure of certain records withheld pursuant to FOIA Exemption 5 and to address the segregability of each document pursuant to Defendant's obligations under FOIA. *See id.*

Undersigned counsel has been working diligently with agency counsel to prepare a draft renewed motion for summary judgment in this matter, along with supporting documents to address the Court's concerns in the Court's November 10, 2025 memorandum opinion. This week, however, undersigned counsel has been unexpectedly caring for a sick family member who remains ill. Accordingly, undersigned counsel was not able to complete, by today, all briefing in support of Defendant's renewed motion for summary judgment in time for agency counsel to review those papers before agency counsel's pre-planned leave tomorrow. In addition, agency counsel likewise needs additional time to gather support for one remaining issue to address in a renewed motion for summary judgment for undersigned counsel to incorporate into briefing. Accordingly, because Monday is also a Federal Holiday, Defendant requests a brief two-business-day extension of time to finalize all papers in support of Defendant's renewed summary judgment motion by on or before February 18, 2026.

This is Defendant's second request for an extension of time to file Defendant's renewed motion for summary judgment. Defendant proposes this extension in good faith and not for purposes of delay. Rather, this request serves the interest of justice by allowing Defendant time to finish its renewed motion, with all supporting papers, in light of the good cause discussed above. In addition, granting this brief extension request will not prejudice Plaintiff as Plaintiff also sought extensions of time in this case for reasons very similar to the good cause requested in this motion, and thus, granting this brief extension of time will not substantially delay this case. Rather, granting this request serves the interest of justice as it will allow undersigned counsel sufficient additional time to finalize all papers with support from Defendant and agency counsel that will assist with reaching a final resolution of this case.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion. A proposed Order consistent with this request is attached as follows.

Dated: February 12, 2026
      Washington, DC

Respectfully submitted,

JEANINNE FERRIS PIRRO
United States Attorney

By:       /s/ *Anna D. Walker*
     ANNA D. WALKER
     D.C. Bar No. 90037215
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     202-252-2544

*Attorneys for the United States of America*