UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEROY ALFORD,

     *Plaintiff*,

     v.

DOUGLAS A. COLLINS, Secretary of the
Department of Veterans Affairs,

     *Defendant*.

Civil Action No. 22-2856 (RBW)

**PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rule of Civil Procedure, Defendant, by undersigned counsel, respectfully moves for a 30-day extension, to and including July 8, 2026, to file a reply in support of Defendant's motion for summary judgment (ECF No. 95) that is currently due to be filed on June 8, 2026, pursuant to Local Civil Rule 7(d). Plaintiff represented to counsel for the undersigned that he consents to an extension of seven-days, only. As grounds for the requested extension, Defendant states as follows:

1. This is a Freedom of Information Act ("FOIA") action, in which Plaintiff challenges certain withholdings made in response to his FOIA request.

2. Defendant filed a renewed motion for summary judgment on February 18, 2026. *See* ECF No. 95.

3. After obtaining several extensions, Plaintiff filed a response in opposition on June 1, 2026. *See* ECF No. 99. However, Plaintiff subsequently filed, on June 3, 2026, numerous exhibits and a three-page affidavit in support of his opposition.  ECF No. 100.  Pursuant to Local Civil Rule 7(d), Defendant's reply is due June 8, 2026.

4.   There is good cause for the requested extension. In addition to the recently-filed exhibits, which Defendant needs time to review, the undersigned has numerous competing deadlines in other matters, including an expedited briefing schedule relating to a motion for preliminary injunction, that has impacted her ability to review Plaintiff's opposition, confer with the agency and prepare a reply within the seven-day period under the local rules.  Accordingly, Defendant respectfully requests an extension to, and including, July 8, 2026, for the filing of Defendant's reply.

5.   No existing court deadlines will be impacted by this extension request other than the existing deadline to file the reply. Plaintiff will not be prejudiced by this brief extension request.

6.   A proposed order is attached.

Dated: June 5, 2026                          Respectfully submitted,
Washington, DC


                                             JEANINE FERRIS PIRRO
                                             United States Attorney


                                             By:/s/ Tara Derbisz
                                             TARA DERBISZ
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, DC 20530
                                             Tel: (202) 809-0784
                                             Tara.derbisz@usdoj.gov


                                             *Attorneys for the United States of America*

2

LEROY ALFORD,

       *Plaintiff*,

    v.

DOUGLAS A. COLLINS, Secretary of the
Department of Veterans Affairs,

       *Defendant*.

Civil Action No. 22-2856 (RBW)

## [PROPOSED] ORDER

Upon consideration of Defendant's consent motion for extension of time, it is hereby

ORDERED that Defendants' motion for an extension of time is GRANTED; and it is

FURTHER ORDERED that Defendant shall have through and including July 8, 2026, to

file its reply in support of its motion for summary judgment.

    SO ORDERED:


_____

Date                                       REGGIE B. WALTON
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 5, 2026, I caused a true and correct copy of the foregoing to be served on Plaintiff via email to lerfamily@aol.com.

> By:/s/ *Tara Derbisz*
> TARA DERBISZ
> Assistant United States Attorney